# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

140088

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DESMOND MARTIN SHAW,
      Defendant-Appellant.

SC: 140088
COA: 292345
Wayne CC: 05-011365-FC

_____/

On order of the Court, the application for leave to appeal the October 19, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

Clerk

y0517